**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

RICHARD L. BAST,
Plaintiff-Appellant,

and

INTER-WORLD DEVELOPMENT
CORPORATION; INTERNATIONAL
INVESTIGATIONS, INCORPORATED,
Plaintiffs,

v.

VICTOR MICHAEL GLASBERG; JEANNE
GOLDBERG; COHEN, DUNN &
SINCLAIR, P.C.; J. FREDERICK
SINCLAIR; THOMAS J. CURCIO; CARTER
& KRAMER, P.C.; CHARLES WARREN
KRAMER; JACOBOVITZ, ENGLISH &
SMITH, P.C.; DAVID BENJAMIN SMITH;

BARBARA OZELLA REVES; CLAUDE
DAVID CONVISSER; WILLIAM G.
BILLINGHAM; NANCY GERTNER;
JODY L. NEWMAN; ROGER A. COX,
Defendants-Appellees,

and

ANTONIA LEIGH PETTIT; PATRICIA
GRIEST; JOHN F. DAVIS; MARY
AUDREY LARKIN; LOIS AMES;
DELMAR D. HARTLEY; ANTHONY
JOSEPH PETTIT; MADDONA LEA
SCHAMP PETTIT, removed to
Bankruptcy Court for the Eastern
District of Virginia; ANNE CONNELL;
WILLIAM C. HILLMAN,
Defendants.

No. 95-2637

RICHARD L. BAST,
Plaintiff-Appellant,

and

INTER-WORLD DEVELOPMENT
CORPORATION; INTERNATIONAL
INVESTIGATIONS, INCORPORATED,
Plaintiffs,

v.

JOHN F. DAVIS; ANTHONY JOSEPH
PETTIT; MADDONA LEA SCHAMP
PETTIT, removed to Bankruptcy
Court for the Eastern District of
Virginia,
Defendants-Appellees,

and

VICTOR MICHAEL GLASBERG; JEANNE
GOLDBERG; COHEN, DUNN &
SINCLAIR, P.C.; J. FREDERICK
SINCLAIR; THOMAS J. CURCIO;
ANTONIA LEIGH PETTIT; CARTER &
KRAMER, P.C.; CHARLES WARREN
KRAMER; JACOBOVITZ, ENGLISH &
SMITH, P.C.; DAVID BENJAMIN SMITH;
BARBARA OZELLA REVES; CLAUDE
DAVID CONVISSER; WILLIAM G.
BILLINGHAM; NANCY GERTNER;
PATRICIA GRIEST; JODY L. NEWMAN;
MARY AUDREY LARKIN; LOIS AMES;
DELMAR D. HARTLEY; ANNE
CONNELL; WILLIAM C. HILLMAN;
ROGER A. COX,
Defendants.

No. 96-1038

2

INTER-WORLD DEVELOPMENT
CORPORATION; INTERNATIONAL
INVESTIGATIONS, INCORPORATED;
RICHARD L. BAST,
Plaintiffs-Appellants,

v.

VICTOR MICHAEL GLASBERG; JEANNE
GOLDBERG; COHEN, DUNN &
SINCLAIR, P.C.; J. FREDERICK
SINCLAIR; THOMAS J. CURCIO;
ANTONIA LEIGH PETTIT; CARTER &
KRAMER, P.C.; CHARLES WARREN
KRAMER; JACOBOVITZ, ENGLISH &
SMITH, P.C.; DAVID SMITH; BARBARA
OZELLA REVES; CLAUDE DAVID

CONVISSER; WILLIAM G. BILLINGHAM;
NANCY GERTNER; PATRICIA GRIEST;
JODY L. NEWMAN; JOHN F. DAVIS;
MARY AUDREY LARKIN; LOIS AMES;
ANTHONY JOSEPH PETTIT; ROGER A.
COX,
Defendants-Appellees,

and

DELMAR D. HARTLEY; MADDONA LEA
SCHAMP PETTIT, removed to
Bankruptcy Court for the Eastern
District of Virginia; ANNE CONNELL;
WILLIAM C. HILLMAN,
Defendants.

No. 96-1039

Appeals from the United States District Court
for the Eastern District of Virginia, at Alexandria.
Albert V. Bryan, Jr., Senior District Judge.
(CA-95-531-A)

Submitted: May 28, 1996

Decided: July 12, 1996

Before HAMILTON, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Nos. 95-2637 and 96-1038 affirmed and No. 96-1039 affirmed in part, dismissed in part, and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Richard L. Bast, Appellant Pro Se; Eugene B. Livaudais, Manassas, Virginia, for Appellants. Victor Michael Glasberg, VICTOR M. GLASBERG & ASSOCIATES, Alexandria, Virginia; Barbara Ozella Reves, Alexandria, Virginia; John Otto Easton, JORDAN, COYNE & SAVITS, Fairfax, Virginia; Frank Willard Dunham, Jr., COHEN, GETTINGS, DUNHAM & HARRISON, Arlington, Virginia; Patricia Griest, Beavercreek, Ohio; Pamela Anne Bresnahan, Steven Robert Becker, VORYS, SATER, SEYMOUR & PEASE, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Appellants Richard L. Bast, Inter-World Development Corp., and International Investigations, Inc., appeal the district court's decisions dismissing their civil action (No. 95-2637), denying their FED. R. CIV. P. 60(b) motion (No. 96-1038), and imposing FED. R. CIV. P. 11 sanctions (No. 96-1039). We have reviewed the record and the district court's opinions and find no reversible errors. Accordingly, we affirm

4

No. 95-2637 and 96-1038 on the reasoning of the district court, and affirm No. 96-1039 on the reasoning of the district court only as to Appellant Bast. Bast v. Glasberg, No. CA-95-531-A (E.D. Va. Aug. 4, 1995; Nov. 20, 1995; Dec. 6, 1995). As to the corporate Appellants, we dismiss No. 96-1039 for lack of prosecution because they failed to file counsel information, and corporations are not permitted to proceed without representation.

Additionally, we deny Appellants' motions to stay the proceedings because of their petitions for bankruptcy. See Alpern v. Lieb, 11 F.3d 689 (7th Cir. 1993). We deny Appellant Bast's renewed motion to stay on the basis of his medical condition, deny his motion for additional time to obtain counsel for the corporate Appellants, and deny Appellees' motion for summary affirmance. Finally, we grant Appellees' motion for FED. R. APP. P. 38 sanctions and remand to the district court for a determination of costs and attorneys' fees.

No. 95-2637 - AFFIRMED

No. 96-1038 - AFFIRMED

No. 96-1039 - AFFIRMED IN PART, DISMISSED IN PART, AND REMANDED

5